**Artemissa Park, Appellee, v. Caroline Penn, Appellant.**

## (Not to be reported in full.)

Appeal from the Circuit Court of St. Clair county; the Hon. GEORGE A. CROW, Judge, presiding. Heard in this court at the March term, 1916. Reversed with statement of facts. Opinion filed De- cember 12, 1916.

## Statement of the Case.

Action by Artemissa Park, plaintiff, against Caro- line Penn, defendant, to recover damages on account of injuries received by falling down a defective stair- way in a house owned by defendant and rented by plaintiff's husband and occupied by him and the fam- ily. From a judgment for plaintiff for $1,500, defend- ant appeals.

SCHAUMLEFFEL & JOHNSON, for appellant.

T. M. WEBB and W. E. KNOWLES, for appellee.

MR. PRESIDING JUSTICE HIGBEE delivered the opinion of the court.

The People v. Goodall, 203 Ill. App. 189.

## Abstract of the Decision.

1. LANDLORD AND TENANT, § 257*—*what constitutes variance between declaration and proof in action by lessee's wife against landlord for injuries due to defective stairway.* Where, in an action by a lessee's wife against the lessor for damages for injuries sustained on the demised premises, the declaration alleging the lessor's promise to repair said premises was amended after verdict for plaintiff by striking out such allegation, *held* plaintiff must rely upon such amended declaration to support the judgment, and that evidence in support of such allegation offered by plaintiff was incompetent under such amended declaration.

2. LANDLORD AND TENANT, § 226*—*when tenant may not recover against landlord for injuries due to defective condition of premises.* A tenant cannot recover against his lessor for injuries sustained by reason of a defective condition of the premises in the absence of a contract by the lessor to repair.

3. LANDLORD AND TENANT, § 242*—*what are rights of wife of lessee as to recovery against landlord for injuries due to defective condition of the premises.* The wife of a lessee has no different right of recovery against the lessor for injuries sustained by her on the demised premises than the lessee for injuries sustained to himself.